```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


HARRIET MENEZES,               )
         Plaintiff             )
                               )
     v.                        )  C.A. No. 04-10365-JLT
                               )
ASSOCIATION OF FLIGHT          )
ATTENDANTS, et al.,            )
         Defendants.           )
```

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is plaintiff's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that plaintiff's motion for appointment of counsel is denied without prejudice to filing such a motion after the named defendants have filed responsive pleadings to the complaint.

Dated at Boston, Massachusetts, this 29th day of June, 2004.

```
                    /s/ Joseph L. Tauro
                    JOSEPH L. TAURO
                    UNITED STATES DISTRICT JUDGE
```