UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRIET MENEZES,<br>                    Plaintiff<br><br>v.<br><br>ASSOCIATION OF FLIGHT<br>ATTENDANTS, ET AL.,<br>                    Defendants | C.A. No. 04-10365-JLT |

## OPPOSE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Harriet Menezes hereby moves this Court to deny a 30 day extension of time for Defendant Paula DiMartinio responding to complaint in this matter as follows:

1. Plaintiff Harriet Menezes ("Plaintiff"), is proceeding pro se, in an action against her union, officers of her union, and two United Airline employees, including DiMartino.

2. The complaint is currently due by August 24.

3. The Plaintiff is diligently pursuing this case so the Court may not dismiss the action under Rule 41(b) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant respectfully requests this Court dis-allow Defendant's motion for a thirty (30) day extension of time in which to repond to the Complaint.

Dated at Boston, Massachusetts, this 20th day of August, 2004.

Respectfully submitted,
Harriet Menezes, Pro Se

_____
Harriet Menezes
169 Thoreau Street
Concord, MA 01742
(978)369-4693

## Certificate of Service

    I, Harriet Menezes, hereby certify that on August 20, 2004, I served a true copy of the foregoing document in person, at the office of Brigitte M. Duffy, SEYFARTH SHAW LLP World Trade Center East, Two Seaport Lane, Suite 300 Boston MA 02210-2028.

_____
Harriet Menezes, Pro Se
169 Thoreau Street, Concord MA 01742

(978)369-4693

C.A. No. 04-10365-JLT