```
Pro Se
Harriet Menezes
169 Thoreau Street, Apt. 8
Concord, MA 01742
```

| | |
|---|---|
| Harriet Menezes, | ) Civil Action |
| | ) |
| Plaintiff, | ) Case No.: 04-10365 JLT |
| | ) |
| vs. | ) Judge Tauro |
| | ) |
| Association of Flight Attendants, | ) |
| CWA, AFL-CIO, and Karen Scopa | ) |
| individually and as President of | ) |
| Association of Flight Attendants | ) |
| Boston, Sue Cook individually and as | ) |
| representative Secretary Association | ) |
| of Flight Attendant Boston | ) |
| | ) |
| and Steve Fontakis individually and | ) |
| as Manager at United Airlines | |
| | |
| and Paula DiMartino as Administrative | |
| Supervisor at United Airlines | |
| Defendants | |

**PLAINTIFF'S MOTION TO EFFECT PROCESS ON DEFENDANT STEVE FONTAKIS**

1. I respectfully request the court to redirect the summons and complaint, by U.S. Marshall to Defendant Steve Fontakis employer's corporate office in Chicago, IL (as addressed below).

2. The US Marshall has not been able to deliver the Summons and Complaint, (the record shows it to be "unexecuted"), to the local United Airlines

1  work office of Defendant Steve Fontakis at Boston Logan Airport as
2  Defendant Fontakis now works out of the JFK airport division of United
3  Airlines.
4  3. The corporate office of United Airlines is at 1200 East Algonquin Road,
5  Elkgrove Village, IL 60007. Steve Fontakis is a manager employed by United
6  Airlines.
7  4. Alternatively, I ask that a subpoena may be issued for the personal
8  mailing address of Steve Fontakis, to the United Airlines corporate office
9  listed above.
10 Respectfully submitted.

Dated this 27th day of August, 2004

*[signature]*
Harriet Menezes
169 Thoreau Street, 8
Concord, MA 01742
Pro Se
(978)369-4693

MOTION - 2