```
Pro Se
Harriet Menezes
169 Thoreau Street, Apt. 8
Concord, MA 01742
```

| | |
|---|---|
| Harriet Menezes, | ) Civil Action |
| | ) |
| Plaintiff, | ) Case No.: 04-10365 JLT |
| | ) |
| vs. | ) Judge Tauro |
| | ) |
| Association of Flight Attendants, | ) |
| CWA, AFL-CIO, and Karen Scopa | ) |
| individually and as President of | ) |
| Association of Flight Attendants | ) |
| Boston, Sue Cook individually and as | ) |
| representative Secretary Association | ) |
| of Flight Attendant Boston | ) |
| | ) |
| and Steve Fontakis individually and | ) |
| as Manager at United Airlines | |
| | |
| and Paula DiMartino as Administrative | |
| Supervisor at United Airlines | |
| Defendants | |

**PLAINTIFF'S MOTION TO EFFECT PROCESS ON DEFENDANT SUE COOK**

1. I respectfully request a subpoena to produce the home and personal mailing address of Defendant Sue Cook, in order to make Service of Process.

2. The US Marshall has not been able to deliver the Summons and Complaint to the local union work office of Defendant Sue Cook at Boston Logan Airport.

MOTION - 1

3. The home or personal mailing address may be obtained from the following sources.

    a. Defendant Sue Cook's employer's corporate office:

        a. United Airlines, 1200 East Algonquin Road, Elk Grove Village, IL 60007.

    b. Defendant Sue Cook's international labor union office:

        a. Association of Flight Attendants-CWA, AFL-CIO. 1275 K Street NW, Washington, DC 20005-4090.

    c. Defendant Sue Cook's local representative counsel: Mary T. Sullivan, Segal, Roitman & Coleman, 11 Beacon Street, Suite 500, Boston, MA 02108 (617)742-0208.

4. In absence of subpoena for address, this is request for US Marshall to attempt to serve summons and complaint to agent authorized to receive process, Ed Gilmartin, Esq., Association of Flight Attendants-CWA, AFL-CIO, 501 Third Street, NW, 9th Floor, Washington, DC 20001.

5. Alternatively, this is a request the summons and complaint be served to Karen Scopa, the local President of the Boston chapter of the Association of Flight Attendants, who has recently been served the same by the U.S. Marshall.

Respectfully submitted.

Dated this 27th day of August, 2004

                                            Harriet Menezes
                                            169 Thoreau Street, 8
                                            Concord, MA 01742
                                            Pro Se
                                            (978)369-4693

1  Pro Se
   Harriet Menezes
2  169 Thoreau Street, Apt. 8
   Concord, MA 01742
3

4

5

6  Harriet Menezes,                          ) Civil Action
                                              )
7              Plaintiff,                     ) Case No.: 04-10365 JLT
                                              )
8       vs.                                   )
                                              )
9  Association of Flight Attendants,          )
                                              )
   CWA, AFL-CIO, et al.                       )
10                                            )
               Defendants                     )
11                                            )
                                              )
12                                            )
                                              )
13                                            )
                                              )
14                                            )
                                              )
15 _____

16                      CERTIFICATE OF SERVICE

17 1. I hereby certify that a true copy of the Plaintiff's Motion to effect

18    Process on Defendant Sue Cook has been served upon the Defendant's

19    attorneys, Mary T. Sullivan, at Segal Roitman & Coleman, 11 Beacon Street,

20    Suite 500, Boston, MA 02018. Edward J. Gilmartin, Esq., Association of

21    Flight Attendants-CWA, AFL-CIO, 501 Third Street, NW, 9th Floor,

22    Washington, DC 20001.

23 Dated this 27th day of August, 2004.            _____

24                                                   Harriet Menezes, Pro Se
                                                     169 Thoreau Street, 8
25                                                   Concord, MA 01742 (978)369-
   4693

Certificate of Service - 1