**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Harriet Menezes | COURT CASE NUMBER: 04-10365 JLT |
| DEFENDANT: Sue Cook | TYPE OF PROCESS: 37C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Sue Cook

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Association of Flight Attendants, 122 Harborside Drive, Bldg. 62, East Boston MA 02128

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Harriet Menezes
169 Thoreau St, 8
Concord MA 01742

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Alternate address
Sue Cook, Assoc. of Flight Attendants
Term C,
Logan International Airport
Boston, MA 02128

Phone: (617) 567-5560

Sue Cook is a flight attendant at United, and also works for Assoc. of Flight Attendants

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Harriet Menezes
TELEPHONE NUMBER: (978) 369-4693
DATE: 7/26/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Inlanuer
Date: 7/26/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)
phone msgs left for def.
to call back, DUSM believes she is avoiding SOC. JH

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 
Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 7/27/04 - ABOVE ADDRESS NO GOOD FOR SERVICE OF PROCESS. RETURN UNEXECUTED
603-661-6111
854-6184    8/11 made numerous inquiries left two phone
794-5462    605 # can't come up w/ an address

**PRIOR EDITIONS MAY BE USED**    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)