**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HARRIET MENEZES | 04-10365 JLT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SUE COOK | 1:365+C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SUE COOK, AFA Council L

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
122 Harborside Drive, Bldg 62
East Boston, MA 02128

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

HARRIET MENEZES
169 Thoreau St, 8
Concord MA 01742

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Alternate address
Assoc. of Flight Attendants
Terminal C
Logan International Airport
Boston MA 02128

Alternate address
Assoc. of Flight Attendants
1275 K St, NW
Washington DC 20005-4090
(202) 772-9799 A+.
202-434-1300

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Harriet Menezes
TELEPHONE NUMBER: (978) 369-4683
DATE: 7-26-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 7/28/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
left a phone msg, def failed to call back, believe she's avoiding sue + H

Date of Service: 8/17/04
Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 7/27/04 - Above address no good for service of process return unexecuted
8/17 Made numerous phone inquiries and I/S has for an address. 617-661-6111  874-6181

**1. CLERK OF THE COURT**

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)