Pro Se
Harriet Menezes
169 Thoreau Street, Apt. 8
Concord, MA 01742

| | |
|---|---|
| Harriet Menezes, | ) Civil Action |
| Plaintiff, | ) Case No.: 04-10365 JLT |
| | ) Judge Tauro |
| vs. | ) |
| Association of Flight Attendants, CWA, AFL-CIO, and Karen Scopa individually and as President of Association of Flight Attendants Boston, Sue Cook individually and as representative Secretary Association of Flight Attendant Boston | ) |
| and Steve Fontakis individually and as Manager at United Airlines | ) |
| and Paula DiMartino as Administrative Supervisor at United Airlines | ) |
| Defendants | |

MOTION FOR HEARING AND RESPONSE TO MOTION TO DISMISS

1. I respectfully request a hearing, as a pro se applicant, to discuss the differentiating process of case 1:04-cv-10365-JLT (Federal Question) versus case 1:04-cv-103666-JLT (Federal Diversity), whether joinder is mandatory, to identify what needs to be done in response to the motion to dismiss, and whether attorneys Edward Gilmartin and Mary Sullivan

motion - 1

have erred in bringing in their motion under 1:04-cv-103665-JLT exclusively, and whether attorneys have erred in not replying to 1:04-cv-103666-JLT.

2. Attorneys Gilmartin and Sullivan have a motion to dismiss Civil Case 1:04-cv-10365-JLT, naming Defendants that come under action of Case 1:04-cv-10366-JLT.

3. Under Case 1:04-cv-10366-JLT, Attorney Gilmartin, on August 9, 2004, signed service of process of receipt of complaint and summons for defendants Paul MackKinnon, Shirley Barber, Maria Torre and Pat Friend, but did not give an answer nor ask for a request for extension.

4. Because the defendant attorneys motion to dismiss does not address the particular aspects and defendants of Civil Case 1:04-cv-10365-JLT, it creates complicity for case 1:04-cv-10366-JLT.

5. JURISDICTION: As outlined in complaint 1:04-cv-10365-JLT. Plaintiff brings this action under, and jurisdiction thereof is conferred on this Court by virtue of Sec. 301 of the Labor Management Relations Act, 1947 (29 USCA Sec. 185), hereinafter referred to as the Act, to recover damages for plaintiff's unlawful discharge by United Airlines, Inc. (Company), who is plaintiff's employer and their representatives, and for breach by defendant Association of Flight Attendants (CWA, AFL-CIO) Local Union and their representatives, of its duty of fair representation owing to plaintiff, and for reinstatement by said employer.

6. JURISDICTION: As outlined on the Complaint - by union member expelled for exercise of rights under sec. 101(a)(2) of LMRDA - for reinstatement, injunction, and compensatory and punitive damages [29 USCA sec. 411(a)(2),

412, 529; Fed R Civ P 8(a), 65]. Plaintiff, a resident of the City of Concord, State of Massachusetts, brings this action under, and jurisdiction is conferred on this Court by, the provisions of sections 101(a)(2), 102, and 609 of the Labor-Management Reporting and Disclosure Act of 1959 (29 USCA sec. 411(a)(2), 412 and 529), hereinafter referred to as the LMRDA.

6. JURISDICTION: Jurisdiction is also conferred under Rule 23.2 Actions relating to unincorporated associations.

7. I am against the motion to dismiss because there are factual discrepancies alleged in the motion that I contest.

8. I respectfully request the court have a hearing, and conduct fact-finding on its own motion before it decides on the Motion to Dismiss.

9. As subject matter jurisdiction turns on issues of fact, I request sufficient discovery to prove jurisdiction so that a correct ruling on the Motion to Dismiss may be made.

10. I am against the motion to dismiss because the exhibited Flight Attendant Agreement used is dated 2003-2009, an altered version that was not given to me prior to the events listed in the complaint.

11. I am against the motion to dismiss because jurisdiction and a claim upon which relief can be granted were listed in the complaint.

12. Dated this 15th day of September, 2004.

Harriet Menezes
169 Thoreau Street, 8
Concord, MA 01742
Pro Se
(978) 369-4693

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Plaintiff's Motion has been sent by first class mail to the Defendant's attorneys:

1. Mary T. Sullivan, at Segal Roitman & Coleman, 11 Beacon Street, Suite 500, Boston, MA 02018.
2. Edward J. Gilmartin, Esq., Association of Flight Attendants-CWA, AFL-CIO, 501 Third Street, NW, 9th Floor, Washington, DC 20001.

A copy has also been sent to Defendant Paula DiMartino's attorney, Brigitte M. Duffy, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston MA 02210-2028.

Dated this 15th day of September, 2004.

*Harriet Menezes* (signature)
Harriet Menezes, Pro Se
169 Thoreau Street, 8
Concord, MA 01742
(978)369-4693