UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Harriet Menezes )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>Association of Flight Attendants, CWA, )<br>AFL, CIO, and Karen Scopa, individually )<br>and as President of Association of Flight )<br>Attendants Boston, Sue Cook individually )<br>and as representative Secretary Association )<br>of Flight Attendant Boston and Steve )<br>Fontakis, individually and as Manager at )<br>United Airlines, and Paula DiMartino as )<br>Administrative Supervisor at United Airlines )<br>    Defendants. )<br> ) | C.A. No. 04-10365 JLT |

## PAULA DIMARTINO'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant Paula DiMartino requests that this Court enter summary judgment in its favor on all counts of the plaintiff's Complaint for the reasons set forth in Paula DiMartino's Memorandum of Law In Support of Her Motion for Summary Judgment, submitted herewith.

    Respectfully submitted,

    PAULA DIMARTINO,
    By her attorneys,


    /s/ Yvette Politis
    Brigitte Duffy (BBO No. 565724)
    Yvette Politis (BBO No. 644986)
    SEYFARTH SHAW
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210
Dated: September 23, 2004    (617) 946-4800

2

## CERTIFICATE OF SERVICE

      I, Yvette Politis, hereby certify that on September 23, 2004, I served the foregoing document, by overnight and first class mail on plaintiff, pro se, Harriet Menezes.

                      /s/ Yvette Politis
                      Yvette Politis

BO1 15667357.1