UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Harriet Menezes )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>Association of Flight Attendants, CWA, )<br>AFL, CIO, and Karen Scopa, individually )<br>and as President of Association of Flight )<br>Attendants Boston, Sue Cook individually )<br>and as representative Secretary Association )<br>of Flight Attendant Boston and Steve )<br>Fontakis, individually and as Manager at )<br>United Airlines, and Paula DiMartino as )<br>Administrative Supervisor at United Airlines,)<br>    Defendants. )<br> ) | C.A. No. 04-10365 JLT |

**AFFIDAVIT OF PAULA DIMARTINO IN SUPPORT OF HER
MOTION FOR SUMMARY JUDGMENT**

    I, PAULA DIMARTINO, hereby depose and state the following:

1.    I am presently on furlough from my employment with United Airlines ("United"). I have been on furlough since May 28, 2003, and therefore, I am not currently an active United employee. I began my employment with United on March 25, 1995. From September 26, 1999 until May 28, 2003, I was employed by United as an On-Board Administrative Supervisor at its facilities at Boston Logan International Airport.

2.    As an On-Board Administrative Supervisor, my main duties were filing and processing occupational injuries and managing dependability (employees leaves and absenteeism).

2

3. I am not an officer of United, I do not exercise the functions of or authorities of an officer of the Company and I was not a signatory to the Association of Flight Attendants – United Collective Bargaining Agreement.

4. I have never received a Charge of Discrimination from the Massachusetts Commission Against Discrimination or the Equal Employment Opportunity Commission relating to Harriet Menezes.

/s/ Paula DiMartino
PAULA DIMARTINO

STATE OF MASSACHUSETTS
COUNTY OF SUFFOLK

Subscribed and sworn to before me this 21st day of September, 2004.

/s/ Diane M. Benoit
NOTARY PUBLIC
My Commission Expires: 5-15-2009