**U N I T E D**

January 15, 2003

Ms. Harriet Menezes
169 Thoreau Street, Unit 8
Concord, MA 01742

Dear Ms. Menezes:

I am in receipt of your letter dated September 29, 2003 and post marked November 15, 2003, requesting that a grievance be filed and a date set for a hearing to review your termination. Your letter indicates that this is your second request to file this grievance, however, this is the first letter to reach my office and it wasn't received until November 19, 2003.

You were separated from United Airlines for non-payment of Union dues on August 29, 2003, after I received your August 14, 2003 letter and reviewed your case. I found you had received the required notification of delinquency from the AFA and had not resolved that delinquency, therefore, you were advised of your termination in a letter dated August 27, 2003.

Section 30 of the Agreement requires that an appeal of my decision be made within 10-days. Based on the information before me I must find that your appeal is untimely and therefore my prior decision is final and binding.

Sincerely,

Frank Colosi
Director Labor Relations
Onboard Service

cc:    Shirley Barber