1  Pro Se
   Harriet Menezes
2  169 Thoreau Street, Apt. 8
   Concord, MA 01742

FRANK COLOSI
NOV 19 2003
WHQLR

6  In re the termination of:                ) Employee: File 224053
                                            )
7  Harriet Menezes,                         ) Request for Investigation, Hearing,
                                            ) Grievance Process
8           Petitioner,                     ) Second Request
                                            )
9      And                                  ) Second Request for copy of
                                            ) personnel/personal
10 Association of Flight Attendants,        ) File and all documents leading up to
                                            ) termination
11 United Airlines,                         )
                                            )
12          Respondent                      )
                                            )

14 Please file a grievance, and set a date for hearing and investigation

15 regarding the termination of Harriet Menezes (including but not limited to

16 Retaliation, discrimination, Unfair Representation of Association of Flight

17 Attendants, ostracism by Association of Flight Attendants, failure to process

18 prior grievances).

19 Second request dated 15 November 2003.

                                        Dated this 29th day of September, 2003

                                        Harriet Menezes
                                        169 Thoreau Street,
                                        Apt. 8
                                        Concord, MA 01742
                                        Pro Se

                                        cc: US Dept of Labor, Fair Labor
                                        cc: United Airlines, Frank Colosi
                                        cc: AFA, Paul MacKinnon

Request for Investigation - Wrongful Discharge, Unfair Representation - 1