UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Harriet Menezes )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Association of Flight Attendants, CWA, )<br>AFL, CIO, and Karen Scopa, individually )<br>and as President of Association of Flight )<br>Attendants Boston, Sue Cook individually )<br>and as representative Secretary Association )<br>of Flight Attendant Boston and Steve )<br>Fontakis, individually and as Manager at )<br>United Airlines, and Paula DiMartino as )<br>Administrative Supervisor at United Airlines)<br>    Defendants. )<br>) | C.A. No. 04-10365 JLT |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Yvette Politis of Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02110, as counsel for the Defendant Paula DiMartino in connection with the above-captioned action.

    Respectfully submitted,

    PAULA DIMARTINO,
    By her attorneys,


    /s/ Yvette Politis
    Brigitte Duffy (BBO No. 565724)
    Yvette Politis (BBO No. 644986)
    SEYFARTH SHAW
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210

Dated: September 24, 2004    (617) 946-4800

2

CERTIFICATE OF SERVICE

      I, Yvette Politis, hereby certify that on September 24, 2004, I served the foregoing document, by first class mail on plaintiff, pro se, Harriet Menezes.

                                       /s/ Yvette Politis
                                       Yvette Politis

BO1 15670129.1