**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Harriet Menezes | COURT CASE NUMBER 04-10365 JLT |
| DEFENDANT Association of Flight Attendants-CWA, AFL-CIO | TYPE OF PROCESS S+C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Legal Dept., Association of Flight Attendants-CWA, AFL-CIO

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 6400 Shafer Court, Suite 250  Rosemont IL 60018

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Harriet Menezes
169 Thoreau St
Concord MA 01742

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Alternate Address
Association of Flight Attendants
1275 K Street, NW
Washington DC 20005-4090

Phone (202) 712-9799

Rosemont fax (847) 696-0404
Rosemont phone (847) 292-7170

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
Harriet Menezes
TELEPHONE NUMBER (978) 369-4693
DATE 7/26/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date 7/26/04

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
PANICO, S.   ASSIST. OFF. MNGR.

Address (complete only if different than shown above)
6250 N. River Rd. Suite 4020
Rosemont, IL 60018

Date of Service: 09/19/04   Time: 12:55 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
9/28/04 Forwarded to USM Chicago Ill
1.  1 DPTY / 2 hrs / 32 miles Rnd Trip

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Harriet Menezes, plaintiff

V.

Association of Flight
Attendants, CWA, AFL-CIO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04-10365 JLT

TO: (Name and address of Defendant)

Legal Department
Association of Flight Attendants-CWA, AFL-CIO
6400 Shafer Court, Suite 250
Rosemont, IL 60018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harriet Menezes, pro se
169 Thoreau Street, Unit 8
Concord, MA 01742

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  7-1-04

AO 440 (Rev. 10/93) Summons in a Civil Ac

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              *Date*                    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.