# United States District Court
### District of Massachusetts

```
HARRIET MENEZES

                                        CA 04-10365-JLT
    V

ASSOCIATION OF FLIGHT
ATTENDANTS, ET AL
```

### NOTICE

The above-entitled case has been set for **a Hearing on pending Motions, on October 6, 2004 at 11:45 A.M.** in Courtroom 20, 7th Floor, at new FEDERAL COURTHOUSE, 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

By the Court,

/s/

Zita Lovett
Deputy Clerk

```
Date: September 29, 2004
CC:   All counsel of record
```

Case 1:04-cv-10365-JLT     Document 27     Filed 09/29/2004     Page 2 of 2