IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRIET MENEZES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 04-10365JLT |
| ) | |
| ASSOCIATION OF FLIGHT ATTENDANTS- ) | |
| CWA, AFL-CIO, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Edward J. Gilmartin, declare pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney employed as [Associate] General Counsel by the Association of Flight Attendants-CWA, AFL-CIO.

2. I am a member in good standing of the bar of the District of Columbia, as well as the United States Court of Appeals for the Third, Fourth, Ninth and D.C. Circuits.

3. I have never been disbarred or had my bar membership suspended and no disciplinary or grievance proceedings have been filed or are pending against me in any court.

4. I am aware of and will fully comply with the local rules and standards of professional conduct required of members of the bar of this Court and consent to the exercise of disciplinary jurisdiction by this Court over any alleged misconduct which may occur during the progress of this case.

5. I have extensive experience in labor relations and litigation, and I am fully conversant with the facts and legal issues presented by this lawsuit.

6. I respectfully request that I be admitted to the bar of this Court *pro hac vice* and be permitted to represent defendant Association of Flight Attendants-CWA, AFL-CIO for all purposes in this case.

I declare under pains and penalties of perjury that the foregoing is true and correct.

_____
Edward Gilmartin

Dated: October 6, 2004