UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARRIET MENEZES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-10365-JLT |
| | * | |
| | * | |
| ASSOCIATION OF FLIGHT ATTENDANTS, | * | |
| CWA, AFL-CIO, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

October 6, 2004

TAURO, J.

After a conference on October 6, 2004, this court hereby orders that:

1. The Parties are to return to this court on November 8, 2004 at 10:00 a.m. for a settlement conference; and

2. All proceedings are stayed until further order of this court.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge