# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Harriet Menezes )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>Association of Flight Attendants, CWA, )<br>AFL, CIO, and Karen Scopa, individually )<br>and as President of Association of Flight )<br>Attendants Boston, Sue Cook individually )<br>and as representative Secretary Association )<br>of Flight Attendant Boston and Steve )<br>Fontakis, individually and as Manager at )<br>United Airlines, and Paula DiMartino as )<br>Administrative Supervisor at United )<br>Airlines, )<br>      Defendants. )  | C.A. No. 04-10365 JLT |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-captioned action is dismissed with prejudice and without costs and/or fees to either party, all rights of appeal waived.

2

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| HARRIET MENEZES<br>Pro Se | ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, SUE COOK AND KAREN SCOPA |
| /s/ Harriet Menezes<br>169 Thoreau Street, Apt. 8<br>Concord, MA 01742 | By their attorneys,<br><br>/s/ Edward J. Gilmartin<br>Edward J. Gilmartin<br>501 Third Street N.W.<br>9th Floor<br>Washington, DC 20001-2797<br>(202) 434-0577<br><br>/s/ Mary T. Sullivan<br>Mary T. Sullivan<br>Indira Talwani<br>Segal, Roitman & Coleman<br>11 Beacon Street, Suite 500<br>Boston, MA 02108 |
| DATED: January 6, 2005 | DATED: January 6, 2005 |

Respectfully submitted,

PAULA DIMARTINO AND STEVE FONTAKIS

By their attorneys,

/s/ Brigitte M. Duffy
Brigitte M. Duffy (BBO # 565724)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800

DATED: January 6, 2005