**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                                          )
Harriet Menezes                                )
          Plaintiff,                                   )
                                                          )
v.                                                        )
                                                          )
Association of Flight Attendants, CWA,    )
AFL, CIO, and Karen Scopa, individually  )          C.A. No. 04-10365 JLT
and as President of Association of Flight    )
Attendants Boston, Sue Cook individually )
and as representative Secretary Association )
of Flight Attendant Boston and Steve       )
Fontakis, individually and as Manager at   )
United Airlines, and Paula DiMartino as    )
Administrative Supervisor at United          )
Airlines,                                             )
          Defendants.                              )
_____)

**MOTION TO EXTEND TIME TO FILE OPPOSITION TO MENEZES' MOTION**
**TO REOPEN CASE**

          Defendant Paula DiMartino[1] ("DiMartino") hereby moves this Court to extend her

time for opposing Plaintiff's Motion to Reopen Case from January 23, 2006 to February

2, 2006.  In support of her motion, DiMartino states as follows:

          1.          In or about November 2004, Plaintiff Harriet Menezes ("Menezes") and

DiMartino executed a Confidential Settlement Agreement, Release and Waiver

("Settlement Agreement") and Stipulation of Dismissal in this litigation dismissing with

prejudice all of Menezes' claims.

          2.          On January 13, 2006, Menezes filed her Motion to Reopen Case alleging,

among other things, that she was induced into signing the Settlement Agreement by

_____

          [1]  Menezes also names Steve Fontakis, a supervisory employee at United Airlines, as a defendant
in her original complaint.  Fontakis was never served in this action.

fraudulent and misleading representations made by opposing counsel during settlement

negotiations.  An opposition to Menezes' motion is currently due by January 23, 2006.

3.     Brigitte M. Duffy, lead counsel for DiMartino, is on trial during the week

of January 16, 2006 and DiMartino requires additional time to adequately respond to and

oppose Menezes' motion.

WHEREFORE, DiMartino respectfully requests this Court allow this motion for a

ten (10) day extension of time to February 2, 2006 in which to oppose Menezes' motion.

Respectfully submitted,

PAULA DIMARTINO AND STEVE FONTAKIS

By their attorneys,

/s/ Yvette Politis
Brigitte M. Duffy (BBO # 565724)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
January 18, 2006                     (617) 946-4800


## Certificate of Compliance with Local Rule 7.1


I, Yvette Politis, hereby certify that on January 17, 2006, I conferred with
Menezes in an effort to narrow the issues in dispute before filing this motion with this
Court by requesting that she assent to this extension of time.  Plaintiff advised me that
she would not agree to the requested extension.  On January 18, 2006, I also conferred
with Mary Sullivan, counsel for the Union defendants, who agreed to the extension.

/s/ Yvette Politis
Yvette Politis

## **Certificate of Service**

I, Yvette Politis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 18, 2006.


/s/ Yvette Politis
Yvette Politis

BO1 15757547.1