UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Harriet Menezes<br> Plaintiff,<br><br>v.<br><br>Association of Flight Attendants, CWA, AFL, CIO, and Karen Scopa, individually and as President of Association of Flight Attendants Boston, Sue Cook individually and as representative Secretary Association of Flight Attendant Boston and Steve Fontakis, individually and as Manager at United Airlines, and Paula DiMartino as Administrative Supervisor at United Airlines,<br> Defendants. | C.A. No. 04-10365 JLT |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate that the above-captioned action is dismissed with prejudice and without costs and/or fees to either party, all rights of appeal waived.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| HARRIET MENEZES<br>Pro Se | ASSOCIATION OF FLIGHT ATTENDANTS-<br>CWA, AFL-CIO, SUE COOK AND KAREN<br>SCOPA |
| /s/ Harriet Menezes<br>169 Thoreau Street, Apt. 8<br>Concord, MA 01742 | By their attorneys,<br><br>/s/ Edward J. Gilmartin<br>Edward J. Gilmartin<br>501 Third Street N.W.<br>9th Floor<br>Washington, DC 20001-2797<br>(202) 434-0577<br><br>/s/ Mary T. Sullivan<br>Mary T. Sullivan<br>Indira Talwani<br>Segal, Roitman & Coleman<br>11 Beacon Street, Suite 500<br>Boston, MA 02108 |
| DATED: January 6, 2005 | DATED: January 6, 2005 |

Respectfully submitted,

PAULA DIMARTINO AND STEVE FONTAKIS

By their attorneys,

/s/ Brigitte M. Duffy
Brigitte M. Duffy (BBO # 565724)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800

DATED: January 6, 2005

BO1 15679529.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Harriet Menezes )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Association of Flight Attendants, CWA, )<br>AFL, CIO, and Karen Scopa, individually )<br>and as President of Association of Flight )<br>Attendants Boston, Sue Cook individually )<br>and as representative Secretary Association )<br>of Flight Attendant Boston and Steve )<br>Fontakis, individually and as Manager at )<br>United Airlines, and Paula DiMartino as )<br>Administrative Supervisor at United )<br>Airlines, )<br>Defendants. ) | C.A. No. 04-10365 JLT |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-captioned action is dismissed with prejudice and without costs and/or fees to either party, all rights of appeal waived.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| HARRIET MENEZES<br>Pro Se | ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, SUE COOK AND KAREN SCOPA |
| */s/ Harriet Menezes/* | By their attorneys, |
| 169 Thoreau Street, Apt. 8<br>Concord, MA 01742<br>Tel: (978) 369-4693 | _____<br>Edward J. Gilmartin<br>501 Third Street N.W.<br>9th Floor<br>Washington, DC 20001-2797<br>(202) 434-0577 |
| | _____<br>Mary T. Sullivan<br>Indira Talwani<br>Segal, Roitman & Coleman<br>11 Beacon Street, Suite 500<br>Boston, MA 02108 |
| DATED: November 23, 2004 | DATED: November __, 2004 |

Respectfully submitted,

PAULA DIMARTINO AND STEVE FONTAKIS

By their attorneys,

_____
Brigitte M. Duffy (BBO # 565724)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800

DATED: November __, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Harriet Menezes<br>　　Plaintiff,<br><br>vs.<br><br>United Airlines, Inc., and Frank Colosi, individually and as Labor Relations Manager of United Airlines, and Sara Fields, Vice President, and Paul MacKinnon, individually and as International Treasurer of Association of Flight Attendants, Shirley Barber as International Treasurer of United Airlines Master Executive Council of the Association of Flight Attendants, Maria Torre individually and as Association of Flight Attendants Chairman of Grievance Committee, Pat Friend, individually and as President of Association of Flight Attendants,<br>　　Defendants. | C.A. No. 04-10366 JLT |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-captioned action is dismissed with prejudice and without costs and/or fees to either party, all rights of appeal waived.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| HARRIET MENEZES<br>Pro Se | SHIRLEY BARBER, PAT FRIEND, PAUL MACKINNON AND MARIA TORRE |
| /s/ Harriet Menezes<br>169 Thoreau Street, Apt. 8<br>Concord, MA 01742<br>Tel: (978) 369-4693 | By their attorneys,<br><br>/s/ Edward J. Gilmartin<br>Edward J. Gilmartin<br>501 Third Street N.W.<br>9th Floor<br>Washington, DC 20001-2797<br>(202) 434-0577<br><br>/s/ Mary T. Sullivan<br>Mary T. Sullivan<br>Indira Talwani<br>Segal, Roitman & Coleman<br>11 Beacon Street, Suite 500<br>Boston, MA 02108 |
| DATED: January 6, 2005 | DATED: January 6, 2005 |

Respectfully submitted,

UNITED AIRLINES INC., FRANK COLOSI AND SARA FIELDS
By their attorneys,

/s/ Brigitte M. Duffy
Brigitte M. Duffy (BBO # 565724)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800

DATED: January 6, 2005

2

BO1 15679531.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Harriet Menezes )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>United Airlines, Inc., and Frank Colosi, )<br>individually and as Labor Relations Manager)<br>of United Airlines, and Sara Fields, Vice )<br>President, and Paul MacKinnon, )<br>individually and as International Treasurer )<br>of Association of Flight Attendants, Shirley )<br>Barber as International Treasurer of United )<br>Airlines Master Executive Council of the )<br>Association of Flight Attendants, Maria )<br>Torre individually and as Association of )<br>Flight Attendants Chairman of Grievance )<br>Committee, Pat Friend, individually and )<br>as President of Association of Flight )<br>Attendants, )<br>    Defendants. )<br>)| C.A. No. 04-10366 JLT |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-captioned action is dismissed with prejudice and without costs and/or fees to either party, all rights of appeal waived.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| HARRIET MENEZES<br>Pro Se | SHIRLEY BARBER, PAT FRIEND, PAUL MACKINNON AND MARIA TORRE |
| */s/ Harriet Menezes*<br>169 Thoreau Street, Apt. 8<br>Concord, MA 01742<br>Tel: (978) 369-4693 | By their attorneys, |
| | _____<br>Edward J. Gilmartin<br>501 Third Street N.W.<br>9th Floor<br>Washington, DC 20001-2797<br>(202) 434-0577 |
| | _____<br>Mary T. Sullivan<br>Indira Talwani<br>Segal, Roitman & Coleman<br>11 Beacon Street, Suite 500<br>Boston, MA 02108 |
| DATED: November 22, 2004 | DATED: November __, 2004 |

Respectfully submitted,

UNITED AIRLINES INC., FRANK COLOSI AND SARA FIELDS
By their attorneys,

_____
Brigitte M. Duffy (BBO # 565724)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800

DATED: November __, 2004

2